**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SETH OWENS,<br>on behalf of Plaintiff and the class<br>members described below,<br><br>Plaintiff,<br><br>v.<br><br>BLUECHIP FINANCIAL,<br>doing business as<br>SPOTLOAN,<br>SAMUEL ADRIAN SPRATT, and<br>JOHN DOES 1-20,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-01946-SEB-MJD |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff submits as supplemental authority the decision in *Sharits v. Dernier*, No. 25-cv-11944, 2026 U.S. Dist. LEXIS 197436 (N.D. Ill. Sept. 1, 2026), where the court agreed with plaintiff's contentions that: (1) *Viking River Cruises, Inc. v. Moriana*, 596 U.S. 639 (2022), applies to waiver of state claims as well as federal claims; (2) the state claims incorporated by RICO's "unlawful debt" provision, 18 U.S.C. § 1961(6), are the usury laws of the state where the borrower resides; and (3) an arbitration provision and delegation clause similar to that at issue here was therefore not enforceable. The court reached the conclusion in (2) even though the Illinois Predatory Loan Prevention Act ("PLPA") and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA") did not contain an express prohibition of choice of law agreements, as does the Indiana Uniform Consumer Credit Code.

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Alexandra Huzyk
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, certify that on September 3, 2026, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to counsel of record.

*/s/ Daniel A. Edelman*
Daniel A. Edelman